```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JUL 2 3 2010

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:08-cr-00283-RCJ-RJJ |
| vs. | |
| REGINALD DUNLAP, | |
| Defendant. | ORDER |

IT IS HEREBY ORDERED that attorney Cheryl A. Field-Lang is appointed as counsel for Reginald Dunlap in place of Daniel Albregts for all future proceeding.

Mr. Albregts shall forward the file to Ms. Field-Lang forthwith.

DATED this 15th day of July, 2010.

Robert C. Jones
United States District Judge